UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-03606-VBF-MBK | Date | January 29, 2026 |
|---|---|---|---|
| Title | Sandra Piedad Olivera Matoma v. James Janecka, et al. | | |

| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |
|---|---|
| James Munoz | N/A |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |

**Proceedings:   ORDER RE: RESPONDENTS' ANSWER**

In this habeas action, Petitioner argues her re-detention by immigration authorities and denial of a bond hearing violates due process, 8 U.S.C. § 1326(a) and its implementing regulations, and the Administrative Procedure Act. Dkt. 1. On January 5, 2026, this Court issued an order requiring a response to the Petition. Dkt. 4. In the order, the Court directed Respondents to file an answer to the Petition on or before January 19, 2026, and Petitioner to file an optional reply by January 26, 2026. *Id*. at 2.

On January 20, 2026, Respondents filed their Answer. Dkt. 6. Respondents indicate that Petitioner has been scheduled for a bond hearing on February 10, 2026, at 8:00 a.m. Dkt. 6 at 1. Petitioner did not file a reply.

The Court **ORDERS** Petitioner to respond to Respondents' Answer and address the impact, if any, of the scheduled bond hearing on Petitioner's claims **on or before February 11, 2026**. If Petitioner believes that the bond hearing does not affect some or all of her claims, she may so indicate and the Court will determine how to proceed with the Petition. After receiving Petitioner's filing, the Court will take this matter under submission without a hearing.

**IT IS SO ORDERED**.