# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PIEDAD OLIVERA MATOMA,<br><br>               Petitioner,<br><br>    v.<br><br>JAMES JANECKA, et al.,<br><br>               Respondents. | Case No. 5:25-cv-03606-VBF-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that:

    (1) Judgment be entered granting the petition for writ of habeas corpus;

///
///
///
///

1  (2) a writ of habeas corpus be issued requiring Petitioner's immediate
2  release and prohibiting her re-detention absent notice and an opportunity
   to be heard with her counsel present; and
3  (3) the action is dismissed with prejudice.
4
5  Date:  February 10, 2026    _____
6                               HON. VALERIE BAKER FAIRBANK
                                 UNITED STATES DISTRICT JUDGE
7