JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PIEDAD OLIVERA MATOMA,<br><br>         Petitioner,<br><br>    v.<br><br>JAMES JANECKA, et al.,<br><br>         Respondents. | Case No. 5:25-cv-03606-VBF-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Date:  February 10, 2026

_____

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE